## Lagona et vir. *v.* Bane, Appellant.

Argued November 9, 1971.

*J. Cris Soich,* with him *Stokes, Lurie & Tracy,* for ap-

pellant; *Wayne C. Bradley,* with him *Sikov and Love,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.